Case 1:23-cv-05192-ALC   Document 12   Filed 08/09/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.B., *on behalf of her child C.K., a minor*,<br><br>                       **Plaintiff**,<br><br>       -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                       **Defendant.** | 23-cv-5192 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's letters regarding its anticipated motion to compel (ECF Nos. 9, 10.) Plaintiff is directed to file a response by **August 14, 2023**.

      So Ordered.

**Dated: August 9, 2023**
       New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**