UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.B., *on behalf of her child C.K., a minor*,<br><br>                            **Plaintiff,**<br><br>                -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                            **Defendant.** | 23-cv-5192 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's letters regarding its anticipated motion to compel (ECF Nos. 9, 10) and Plaintiff's response (ECF No. 39.) Defendant's motions are **DENIED** without prejudice to renewal if Plaintiff's counsel does not turn over her attorney billing records by **September 1, 2023**.

      So Ordered.

Dated: August 15, 2023
      New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**